# United States District Court

__CENTRAL__ DISTRICT OF __CALIFORNIA__

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

**SEIZURE WARRANT**

Investments with Giovanni M. Fernandez, NV Acquisitions, and National Real Estate LLC

**CASE NUMBER:** 2:18-MJ-02525

TO: The Federal Bureau of Investigation ("FBI") and any Authorized Officer of the United States, Affidavit(s) having been made before me by <u>Special Agent Kathryn Bailey</u> who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely:

--See Attachment--

**which is** subject to seizure and forfeiture pursuant to: 21 U.S.C. § 853(f), 18 U.S.C. §§ 981 and 984, and 28 U.S.C. § 2461(c).

**concerning a violation of Title** <u>18</u> **United States Code, Section(s)** <u>1349 and 1344, 1028A, and 1956</u>.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within **14** days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant and inventory to the United States Magistrate on duty at the time of the return through a filing with the Clerk's Office.

**It is ordered that all rights and interests described in the attachment are assigned to the U.S. Marshal's Service, and that all monies owed on those rights and interests shall be paid by cashier's check to the "U.S. Marshal's Service" as they come due.**

9/21/18  3:00 P.M.
**Date and Time Issued**

at  Los Angeles, California

Hon. Patrick J. Walsh, Chief U.S. Magistrate Judge
**Name and Title of Judicial Officer**

Patrick J. Walsh
**Signature of Judicial Officer**

AUSA Andrew Brown, x0102, 11th Floor

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 9/21/18 | 9/28/18 | giovanni Fernandez |

INVENTORY MADE IN THE PRESENCE OF

N/A

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

No items seized at this time. Warrant is for seizure of intangible rights and interest.

## CERTIFICATION

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 9/28/18

Executing officer's signature

Kathryn Bailey, Special Agent
Printed name and title